Steven B. Sievers
20 N. Sutter Street, Suite 202
Stockton, CA 95202
PH (209) 464-4822
Fax (209) 464-4821

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS RAY, | Case No.: 2:07-CV-02464-MCE-KJM |
| Plaintiff, | AMENDED REQUEST FOR DISMISSAL AND PROPOSED ORDER OF THE COURT |
| vs. | |
| CHARLES SMRT, ET AL., | |
| Defendant | |

Plaintiff, Chris Ray, requests that the Honorable Morrison C. England, and the Clerk of the District Court for the Eastern District of California, dismiss this matter without prejudice upon receipt of this notice.

Dated this 27th day of December, 2007

/S/Steven B. Sievers
20 N. Sutter Street, Suite 202
Stockton, CA 95202
PH (209) 464-4822
Fax (209) 464-4821
Steven B. Sievers

ORDER

It is hereby ordered that this matter be dismissed without prejudice. The Clerk is directed to close the file.

DATED: January 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE